# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 5, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162483(5)

JENNIFER ST. AMANT,
      Plaintiff,

v

SC: 162483

BOARD OF LAW EXAMINERS,
      Defendant.

_____/

On order of the Chief Justice, the motion of defendant to seal the record is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 5, 2021



Clerk